IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DEBRA E. JAMES                                                    PLAINTIFF

vs.                          Civil No. 4:17-cv-04103

NANCY A. BERRYHILL                                               DEFENDANT
Acting Commissioner, Social Security Administration


**JUDGMENT**


Comes now the Court on this the 28th day of November 2018, in accordance with the

Memorandum Opinion entered in the above-styled case on today's date, and hereby considers,

orders, and adjudicates that the decision of the Commissioner of the Social Security Administration

is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

        **IT IS SO ORDERED.**


                                        /s/ *Barry A. Bryant*
                                        HON. BARRY A. BRYANT
                                        U. S. MAGISTRATE JUDGE